

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 7, 2009

United States Bankruptcy Judge

___

ATTORNEY FOR VANDERBILT MORTGAGE AND FINANCE, INC.: Kent Hale, Craig, Terrill, Hale & Grantham, L.L.P., P.O. Box 1979, Lubbock, Texas 79408-1979, (806) 744-3232.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-10213-rlj |
| | § | |
| HENRY ELMO COLLINS and | § | |
| DEANNA LEA COLLINS | § | CHAPTER 13 |

**AGREED ORDER GRANTING MOVANT
VANDERBILT MORTGAGE AND FINANCE, INC.'s,
MOTION FOR RELIEF FROM AUTOMATIC STAY**

It appearing to the Court that a Motion For Relief From Automatic Stay has been filed herein, wherein VANDERBILT MORTGAGE AND FINANCE, INC., ("VANDERBILT") is Movant and the above-named Debtor(s) are Respondents.

The Court finds that Movant and Respondent(s) have agreed to the entry of this Order.

IT IS ORDERED that the automatic stay afforded by 11 U.S.C. Sections 362 and 1301 be and the same is hereby modified and vacated to allow VANDERBILT to take possession of, foreclose upon and sell the:

A.  2007 CMH Laredo Manufactured Home, Serial No.: CLW026294TX, together with certain appliances, furnishings and equipment purchased with said manufactured home (the "Home"). The title to the Home has been surrendered and the Home is real estate; and

B.  TRACT ONE: BEING all of the South ½ of the East ½ of the North ½ of that certain Block of land, situated near the town of Hamlin, in Jones County, Texas, and same being a part of League 354 in the name of Austin & Williams and said tract being fully described by metes and bounds in that certain deed from Mary Bigham, a feme sole to W. C. Lockhart dated August 5th, 1958, and duly recorded in Volume 479, Page 526 of the Deed Records of Jones County, Texas, to which deed and the record thereof reference is hereby made for all purposes of description of First Tract and being a tract of land 75 feet by 100 feet;

TRACT TWO: BEING 75 feet by 200 feet and being a part of League 354 in the name of Austin & Williams, situated near the town of Hamlin, Jones County, Texas, and being the same tract of land conveyed by Minnie M. McNeely, and her husband, Ben E. McNeely to William C. Lockhart and wife, Vertie E. Lockhart by deed dated February 14, 1956, and duly recorded in Volume 445, Page 76 of the Deed Records of Jones County, Texas, to which deed and the record thereof reference is herby made for all purposes of description of Second Tract; and FIRST TRACT AND SECOND TRACT above described, being the same lot, tract or parcel of land conveyed by Albert L. Hoffman and wife, Hazel Hoffman unto Mildred Ozella Richmond, a widow dated June 23rd, 1978, and duly recorded in Volume 611, Page 35 of the Deed Records of Jones County, Texas, to which deed and the record thereof reference is hereby made for all purposes of description.

SAVE AND EXCEPT the North 64 feet of the South one-half (S/2) of the East one-half (E/2) of the North one-half (N/2) of that certain Block of land, situated near the Town of Hamlin, in Jones County, Texas, and same being a part of League 354 in the name of Austin & Williams and said tract being fully described by metes and bounds in that certain deed from Mary Bigham, a feme sole to W. C. Lockhart dated August 5th, 1958, and duly recorded in Volume 479, Page 526 of the Deed Records of Jones County, Texas, to which deed and the record thereof reference is hereby made for all purposes of description and being a tract of land 64 feet by 100 feet. (the "Real Estate").

The automatic stay is also terminated on any casualty insurance policy(ies), if any, on the Home and Deed of Trust financed by or purchased by Movant, so the policies may be canceled and refund applied to the sums due Movant.

IT IS FURTHER ORDERED that in the event the automatic stay is terminated, Debtor(s) shall furnish Movant with the location and/or directions to the Home and Real Estate within five (5) days of the date of this Order. Debtors shall furnish the location to their attorney of record, if any, who shall furnish the same to Movant's attorney of record.

This Order shall remain in full force and affect in the event this case is converted to any other chapter in the Bankruptcy Code.

This Order is effective and enforceable upon its entry.

# # #

**AGREED AND APPROVED**:

| | |
|---|---|
| /s/ Pamela J. Chaney | /s/ Deanna Collins |
| Pamela J. Chaney, Attorney for Debtor(s) | Deanna Collins, Debtor |
| | |
| /s/ Kent Hale | /s/ Henry Collins |
| Kent Hale, Attorney for Movant | Henry Collins, Debtor |
| | |
| /s/ Marc McBeath, Attorney for | |
| Walter O'Cheskey, Chapter 13 Trustee | |

Respectfully submitted by:

Kent Hale
Craig, Terrill, Hale & Grantham, LLP
P.O. Box 1979
Lubbock, TX 79408
806.744.3232
806.744.2211-fax
kenth@cthglawfirm.com

Parties entitled to notice:
Henry Elmo Collins and
Deanna Lea Collins, Debtors
1120 S.W. Ave. A
Hamlin, TX 79520

Monte J. White, Attorney for Debtors

Page 3

Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, TX 76301

Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424

U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242

Vanderbilt Mortgage and Finance, Inc.
Account No.: 344218
Attn: Wade Hulsey
500 Alcoa Trail
Maryville, TN 37804

Kent Hale-Attorney for Movant
Craig, Terrill, Hale & Grantham, LLP
P.O. Box 1979
Lubbock, TX 79408